```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

TABATHA S. DONNELLY          ]
    Petitioner,           ]
                             ]    GENERAL DOCKET
v.                           ]    No. 3:12-mc-0089
                             ]    Judge Sharp
SHARON TAYLOR, WARDEN        ]
    Respondent.           ]

**O R D E R**

    The Court has before it a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus.

    The petitioner has neglected, however, to either pay the fee required for the filing of the petition or submit a properly completed application to proceed in forma pauperis.

    Accordingly, the petitioner is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the filing fee of five dollars ($5.00) or submit an application to proceed in forma pauperis. The Clerk will provide the petitioner with a blank application to proceed in forma pauperis along with a copy of Administrative Order No. 93.

    The petitioner is forewarned that, should she fail to comply with these instructions within the specified period of time, the Court will presume that she is not interested in pursuing this matter and will dismiss the case for want of prosecution. Rule

41(b), Fed.R.Civ.P.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge